IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00005-MOC-WCM

| | |
|---|---|
| ANNETTE GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| COVIDIEN LP, | ) |
| COVIDIEN SALES LLC, | ) |
| COVIDIEN HOLDING INC., and | ) |
| MEDTRONIC, INC., | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Leslie C. Packer. The Motion indicates that Ms. Packer, a member in good standing of the Bar of this Court, is local counsel for Defendants and that she seeks the admission of Alexandra Sorenson, who the Motion represents as being a member in good standing of the Bars of Missouri and Florida. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** Alexandra Sorenson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 16, 2024

W. Carleton Metcalf
United States Magistrate Judge

1