IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00005-MOC-WCM

| | | |
|---|---|---|
| ANNETTE GOETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| COVIDIEN LP, | ) | |
| COVIDIEN SALES LLC, | ) | |
| COVIDIEN HOLDING INC., and | ) | |
| MEDTRONIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion to Remand filed by Plaintiff (the "Motion," Doc. 20).

The Motion does not indicate that Plaintiff has consulted with Defendants. See Local Civil Rule 7.1(b).

Additionally, the memorandum supporting the Motion includes Plaintiff's opposition to Defendants' previously filed Motion to Dismiss. See Doc. 21. Having separate filings in relation to these motions is more appropriate and will help ensure clarity of the record. Cf. Local Civil Rule 7.1(c)(2) ("Motions shall not be included in responsive briefs. Each motion must be set forth as a separately filed pleading.").

1

Accordingly, the Motion to Remand (Doc. 20) is **DENIED WITHOUT PREJUDICE**. Plaintiff may file a renewed motion to remand, as well as a separate response to Defendants' Motion to Dismiss, on or before **February 2, 2024**.

It is so ordered.

Signed: January 26, 2024

W. Carleton Metcalf
United States Magistrate Judge